IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN AUDIO VISUAL CO., | No. C 09-80037 MISC MMC |
| Plaintiff, | **ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S APPLICATION FOR APPEARANCE AND EXAMINATION FOR ENFORCEMENT OF JUDGMENT AGAINST JUDGMENT DEBTOR** |
| v. | |
| PAULA V. ROUILLARD, et al., | |
| Defendant. | |

     Pursuant to Civil Local Rule 72-1, plaintiff's Application for Appearance and Examination for Enforcement of Judgment against Judgment Debtor, filed February March 5, 2009, is hereby REFERRED to a Magistrate Judge, to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

     The parties will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.

     **IT IS SO ORDERED.**

Dated: March 9, 2009

MAXINE M. CHESNEY
United States District Judge