STEPHEN J. HIRSCHFELD (SBN 118068)
KRISTEN L. WILLIAMS (SBN 232644)
CURIALE HIRSCHFELD KRAEMER LLP
727 Sansome Street
San Francisco, CA 94111
Telephone: (415) 835-9000
Facsimile: (415) 834-0443

Attorneys for Plaintiff
AMERICAN AUDIO VISUAL CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN AUDIO VISUAL CO., <br><br> Plaintiff, <br><br> vs. <br><br> PAULA A. ROUILLARD et al., <br><br> Defendant. | Case No. CV 09 80037MIS <br> AMENDED ORDER <br> **APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION FOR ENFORCEMENT OF JUDGMENT AGAINST JUDGMENT DEBTOR** <br><br> **Date:** 4/22/09 <br> **Time:** 9:00 a.m. <br> **Judge:** Edward M. Chen <br> **Ctrm:** C |

Judgment Creditor applies for an order requiring Judgment Debtor Phil Shelp, Founding Partner of Marketing Group West, 2010 Crow Canyon Place, Suite 100 San Ramon, CA 94583, (925) 452.4040, to appear and furnish information to aid in enforcement of the money judgment or to answer questions concerning property or debt. The person to be examined is Phil Shelp. Mr. Shelp resides or has a place of business in this county or within 150 miles of the place of examination.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 5, 2009            _Kristen L. Williams_
                                               Kristen L. Williams

1
APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION FOR
ENFORCEMENT OF JUDGMENT - US DISTRICT, IL CASE NO. 07 CV 4948

4830-1948-5443

AMENDED **ORDER TO APPEAR FOR EXAMINATION**

TO PHIL SHELP,

YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to furnish information to aid in enforcement of a money judgment against you.

Date: _4/22/09_

Time: _9:00 a.m._

Dept.: _C, 15th Floor_

Address: 450 Golden Gate Avenue, San Francisco, CA 94102.

This order may be served by a sheriff, marshal, registered process server, or the following specially appointed person:

Date: _March 11, 2009_

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

Judge or Referee of the
US Dist. Court, Northern Dist. of California

**APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)**

NOTICE TO JUDGMENT DEBTOR if you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

2
APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION FOR
ENFORCEMENT OF JUDGMENT - US DISTRICT, IL CASE NO. 07 CV 4948